UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:                                                      Chapter 11

Uncas, LLC                                              Case No. 16-50849

Debtor

APPLICATION TO EMPLOY ATTORNEY
UNDER GENERAL RETAINER
AS OF THE PETITION DATE

The Application of Uncas, LLC ("Debtor in Possession") respectfully represents as follows:

1. This case was commenced on June 28, 2016, by the filing of a voluntary petition under Chapter 11 (the "Petition Date")..

2. The Debtor in Possession requests that the Court authorize it to employ and appoint Coan, Lewendon, Gulliver and Miltenberger, LLC, as general chapter 11 counsel.

3. The Debtor in Possession has selected Coan, Lewendon, Gulliver & Miltenberger, LLC, for the reason that it has had considerable experience in matters of this character and the Debtor in Possession believes that it is well qualified to represent it in this proceeding.

4. The professional services Coan, Lewendon, Gulliver & Miltenberger, LLC, is to render include the following:

a. To give the Debtor in Possession legal advice with respect to its business, operations, and the management of its property.

b. To negotiate arrangements with creditors respecting their claims and treatment of their claims in a Plan of Reorganization.

c. To institute and defend such litigation in this and other courts as counsel and the Debtor in Possession consider necessary and appropriate for the conduct of its reorganization.

d. To prepare on behalf of the Debtor in Possession necessary Petitions, Answers, Orders, Reports, Disclosure Statements, Plans and other papers.

  e. To perform all other legal services for the Debtor in Possession which may be necessary herein.

  5. It is necessary for the Debtor in Possession to employ an attorney for such professional services.

  6. Appended hereto and incorporated by this reference is the affidavit of counsel affirming that said firm represents no interests adverse to the estate and is a disinterested person, and setting forth all known connections with the creditors or any other party in interest, or their respective attorneys.

  7. The Debtor in Possession desires to employ Coan, Lewendon, Gulliver & Miltenberger, LLC, under a general retainer because of the extensive legal services required by the Debtor in Possession. The sole member of the Debtor has paid to Coan, Lewendon, Gulliver & Miltenberger, LLC, a pre-petition retainer for fees and costs. The amount of funds held by counsel and not yet expended as of the date of the Petition are set forth in the appended affidavit of counsel. Coan, Lewendon, Gulliver & Miltenberger, LLC, will charge fees at its normal hourly rates herein, subject to reasonable periodic increase, which at this time are as follows:

    Partners: $400 per hour
    Counsel: $320 per hour
    Associates: $250 per hour
    Paralegals: $95 to $110 per hour

All fees of said counsel shall be subject to application and order of the Court.

  8. The employment of Coan, Lewendon, Gulliver & Miltenberger, LLC, is necessary and in the best interest of the estate.

  WHEREFORE, the Debtor in Possession prays that it be authorized to employ and appoint Coan, Lewendon, Gulliver & Miltenberger, LLC, under a general retainer, as of the Petition Date, to represent the Debtor in Possession in these proceedings under Chapter 11 of the Bankruptcy Code.

Dated at New Haven, Connecticut, this 23 day of June 2016.

        Uncas, LLC

BY: _____
        Michael Calise
        Member
        Duly Authorized

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:                                        Chapter 11

Uncas, LLC                                    Case No. 16-50849

    Debtor

## AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF CONNECTICUT    )
                        ) ss. New Haven
COUNTY OF NEW HAVEN     )

I, Carl T. Gulliver, hereby make solemn oath that:

1. I am an Attorney and Counselor at Law duly admitted to practice in the State of Connecticut and in this Court.

2. I am a member of the law firm of Coan, Lewendon, Gulliver & Miltenberger, LLC, which maintains its offices at 495 Orange Street, New Haven, Connecticut, 06511.

3. To the best of my knowledge, information and belief Coan, Lewendon, Gulliver & Miltenberger, LLC, represents no interest adverse to the Debtor in Possession or the estate in the above captioned proceedings in the matters upon which it will be engaged to handle for the Debtor in Possession, nor does it have any connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the Office of the United States Trustee. It has represented another Debtor, Post East, LLC, in the preparation and filing of its chapter 11 petition, Case No. 16-50848, in this Court on June 27, 2016, which entity is owned by Michael Calise, the holder of of a minority membership interest in Uncas, LLC. Mr. Calise has been designated by the

members of Uncas, LLC, as the individual responsible for the Debtor's duties herein. Further due diligence must be completed to determine if these entities are co-obligors or guarantors of common debt, but to the best of counsel's knowledge the members to not believe either entity is a creditor of the other.

4. Coan, Lewendon, Gulliver & Miltenberger, LLC, is a disinterested person, as that term is defined in 11 U.S.C. Section 101(14).

5. Fees herein shall be charged at hourly rates of $400 for partners, $320 for counsel, $250 for associates, and $95-$110 for paralegals subject to future adjustment by the firm. In contemplation of this proceeding the Debtor paid to the firm a retainer for services rendered and to be rendered and for the costs including the filing fee. At the commencement of this case after deduction of the filing fee and prior services, Coan, Lewendon, Gulliver & Miltenberger, LLC, held the remaining sum of $12,301.50 as retainer and deposit for costs.

Carl T. Gulliver

Subscribed and Sworn to before me this 28th day of June 2016.

Melissa Sullivan, Notary Public
My Commission Expires: September 30, 2016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:                                                          Chapter 11

   Uncas, LLC                                      Case No. 16- 50849

   Debtor

---

## *PROPOSED*
## ORDER AUTHORIZING APPOINTMENT OF ATTORNEY

Upon the application of the Debtor in Possession praying for authority to employ and appoint Coan, Lewendon, Gulliver & Miltenberger, LLC, under a general retainer to represent the Debtor in Possession (the "Application"), and upon the annexed affidavit of counsel it appearing that Carl T. Gulliver is an Attorney duly admitted to practice in this Court, and the Court being satisfied that Coan, Lewendon, Gulliver & Miltenberger, LLC, represents no interest adverse to said Debtor in Possession or the estate in the matters upon which it is to be engaged, that it is a disinterested person, that its employment is necessary and would be to the best interest of the estate, that said firm holds as of the petition date herein a retainer for fees and costs in the sum of $15,500, and that the case is one justifying a general retainer, it is by the Court,

ORDERED, Uncas, LLC, as Debtor in Possession, be and it hereby is authorized to employ as of June 28, 2016, the Petition Date, Coan, Lewendon, Gulliver & Miltenberger, LLC, to represent the Debtor in Possession in these proceedings under Chapter 11 of the United States Bankruptcy Code under a general retainer upon an hourly fee arrangement as specified in the Application with compensation to be awarded from the estate upon appropriate application and order.